FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
MARIAN L. MASSEY, ESQ.
Nevada Bar No. 14579
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: lmcclane@fisherphillips.com
E-Mail Address: mmassey@fisherphillips.com

Attorney for Defendant Fedex Ground Package System, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA OLSON, | Case No.: 2:21-cv-00119-RFB-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| vs. | |
| FEDEX GROUND PACKAGE SYSTEM, INC., | |
| Defendants. | **(First Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have a thirty (30) day extension of time, up to and including, July 22, 2021, to file its answer or otherwise respond to Plaintiff's First Amended Complaint (ECF No. 6.) Defendant recently retained counsel and needs additional time to evaluate and respond to the specific factual allegations in this matter.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

FP 40871473.1

Accordingly, this stipulation is sought in good faith. This is the first request for an extension of this deadline.

Dated this 22nd day of June, 2021.

| | |
|---|---|
| FISHER & PHILLIPS, LLP | RICHARD SEGERBLOM |
| By: /s/ Lisa A. McClane, Esq. | By: /s/ Richard Segerblom, Esq. |
| Lisa A. McClane, Esq. | Richard Segerblom, Esq. |
| Marian L. Massey, Esq. | 701 East Bridger Avenue |
| 300 S. Fourth Street #1500 | Suite 520 |
| Las Vegas. NV 89101 | Las Vegas, NV 89101 |
| Attorney for Defendant | Attorneys for Plaintiff |

**ORDER**

IT IS SO ORDERED:

*[signature]*
UNITED STATES MAGISTRATE JUDGE

June 22, 2021
DATE

FP 40871473.1