# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA OLSON,<br><br>    Plaintiff(s),<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant(s). | Case No. 2:21-cv-00119-RFB-EJY<br><br>**Order**<br><br>[Docket No. 16] |

Pending before the Court is a stipulation to extend the deadline to file dismissal papers. Docket No. 16.[1] Requests for extension must, *inter alia*, provide the reasons for the extension being sought. Local Rule IA 6-1(a). The instant stipulation effectively just indicates that more time is needed without elaboration. Given the circumstances and as a one-time courtesy, the Court will allow a 14-day extension. Accordingly, the stipulation to extend is **GRANTED** in part and **DENIED** in part. The deadline to file dismissal papers is **EXTENDED** to November 3, 2021.

IT IS SO ORDERED.

Dated: October 21, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] This document was filed as a "joint status report." To the extent parties seek relief from a deadline, however, they must file a stipulation or motion. The Court will in this instance treat the status report as a stipulation.