FISHER & PHILLIPS LLP
LISA A. MCCLANE, ESQ.
Nevada Bar No. 10139
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101
Telephone: (702) 862-3811
E-mail Address: lmcclane@fisherphillips.com
*Attorneys for Defendant*
*Fedex Ground Package System, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMANDA OLSON,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>          Defendant. | Case No: 2:21-cv-00119-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

     Plaintiff Amanda Olson and Defendant FedEx Ground Package System, Inc., by and through their respective undersigned counsel, hereby agree and stipulate that this

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

FP 42178191.1

action be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated this 3rd day of November, 2021.

| FISHER & PHILLIPS | RICHARD SEGERBLOM |
|---|---|
| By: /s/ *Lisa A. McClane*<br>Lisa A. McClane, Esq.<br>300 S. Fourth Street, #1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* | By: /s/ *Richard Segerblom*<br>Richard Segerblom, Esq.<br>701 East Bridger Avenue, Suite 520<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED.

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 4th day of November, 2021.